## NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: J.P. Morgan Securities LLC v. City of Philadelphia   Docket No.: 23-7328

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

Name: Susanna M. Buergel

Firm: Paul, Weiss, Rifkind, Wharton & Garrison LLP

Address: 1285 Avenue of the Americas New York, New York 10019-6064

Telephone: 212-373-3553   Fax: 212-492-0553

E-mail: sbuergel@paulweiss.com

Appearance for: Citibank, N.A., Citigroup Global Markets Inc., Citigroup Global Markets Limited, and Citigroup, Inc.
(party/designation)

**Select One:**

☐ Substitute counsel (replacing lead counsel: _____ )
(name/firm)

☐ Substitute counsel (replacing other counsel: _____ )
(name/firm)

☑ Additional counsel (co-counsel with: Kenneth A. Gallo of Paul, Weiss, Rifkind, Wharton & Garrison LLP )
(name/firm)

☐ Amicus (in support of: _____ )
(party/designation)

### CERTIFICATION

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on May 31, 2022   OR

☐ I applied for admission on _____ .

Signature of Counsel: /s/ Susanna M. Buergel

Type or Print Name: Susanna M. Buergel